IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3131 |
| | ) | |
| v. | ) | |
| | ) | |
| DARRELL R. BROWN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

     This matter is before the court on defendant's unopposed motion to continue trial, filing 14. The Court, being fully advised in the premises, finds that the motion should be granted.

     IT IS THEREFORE ORDERED:

     (1)    Defendant's motion to continue, filing 14, is granted.

     (2)    The defendant's trial is set to commence before the undersigned at 9:00 a.m. on April 24, 2006 for a duration of two trial days. Jury selection will be at the commencement of trial.

     (3)    This Court further finds that, based upon the showing set forth in defendant's motion, the ends of justice will be served by continuing the trial; and that the purposes served by continuing the trial date in this case outweigh the interest of the defendant and the public in a speedy trial. Accordingly, the time between February 21, 2006 and April 24, 2006 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(8)(a).

February 21, 2006.                    BY THE COURT:

                                      s/ *Richard G. Kopf*
                                      United States District Judge