IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | |
|                                                      ) | |
|                     Plaintiff,         ) | |
|                                                      ) | 4:05CR3131 |
|           v.                                    ) | |
|                                                      ) | |
| DARRELL R. BROWN,                ) | |
|                                                      ) | ORDER |
|                     Defendant.       ) | |
|                                                      ) | |

IT IS ORDERED:

1.  The unopposed oral motion of defendant to continue is granted and the change of plea hearing is continued from May 31 to June 8, 2006 at 9:00 a.m. before the undersigned magistrate judge in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

2.  For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

3.  Defendant shall appear at the hearing.

DATED this 18th day of May, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge