IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3131 |
| | ) | |
| V. | ) | |
| | ) | |
| DARRELL R. BROWN, | ) | MEMORANDUM |
| | ) | AND ORDER |
| Defendant. | ) | |

I conferred with counsel and the probation officer today. We are in agreement that inasmuch as the defendant has denied the allegations of a petition that are predicated upon an alleged violation of state law and the state case has not yet been resolved and inasmuch as the defendant is no longer being held in custody, resolution of this matter should be continued to a date in November. As a result,

IT IS ORDERED that a hearing on the merits of the petition with sentencing to follow if the defendant is found to have violated his conditions of supervised release is set for 1:00 PM on Thursday, November 12, 2009. If the hearing will take longer than one-half hour, the prosecutor shall notify me sufficiently in advance so that I may extend the scheduled time or change the date altogether.

DATED this 4th day of September, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge